UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA            :     WAIVER OF INDICTMENT

    - v. -                          :     S2 13 Cr. 242 (SAS)

JAMAINE TAYLOR,                     :
    a/k/a "Maine,"
                                    :
              Defendant.
                                    :

                                    :
------------------------------------X

        The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2, and Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 30 2014

be by information instead of by indictment.

Dated:    New York, New York
          April 30, 2014

*Jamaine Taylor*
JAMAINE TAYLOR

*[signature]*
FLORIAN MIEDEL
Attorney for JAMAINE TAYLOR

*[signature]*
Witness