

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 3, 2015

**BY ECF**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, NY 10007-1312

      Re:   *United States* v. *Jamaine Taylor*
            S13 Cr. 242 (SAS)

Dear Judge Scheindlin:

      The Government submits this letter to respectfully request, with the consent of defense counsel, an adjournment of approximately four weeks for the sentencing of defendant Jamaine Taylor, which is currently scheduled to take place on April 14, 2015.  This adjournment is being requested because both of the undersigned Assistant United States Attorneys responsible for this matter will be on trial during the week of April 13th.  In addition, defense counsel will be unavailable for two weeks beginning April 24, 2015.  Accordingly, the Government requests an adjournment until a date and time on or after May 11, 2015 that is convenient for the Court.  This is the first request for an adjournment with respect to the defendant's sentencing.

                            Respectfully submitted,

                            PREET BHARARA
                            United States Attorney

                By:    s/ Amy Lester
                      Amy Lester / Jared Lenow
                      Assistant United States Attorneys
                      (212) 637-2416 / 1068

cc:    Florian Miedel, Esq.
       (By ECF and E-Mail)